**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 176 MAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
KENNETH KINDREW, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.